IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RODGER JAMES CARR,

      Appellant,

                                  Case No.  5D21-1462
v.                               LT Case No. 2017-CF-2643

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed May 17, 2022

Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Matthew J. Metz, Public Defender, and
Robert Jackson Pearce, III, Assistant
Public Defender, Daytona Beach, for
Appellant.

Rodger James Carr, Avon Park, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Nora Hutchinson Hall,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, COHEN and WALLIS, JJ., concur.